IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEGIANT AIR, INC., | CASE NO. CV-F-03-6140 LJO |
| Plaintiff, | **ORDER CONTINUING DATES** |
| v. | |
| TERRI ROSS, | |
| Defendant. / | |
| AND RELATED CROSS CLAIM / | |

The parties stipulated to continuing trial due to scheduling conflicts. Accordingly, for good cause shown, the August 22, 2005 trial is VACATED. The Court sets the following dates:

| | |
|---|---|
| Pre-trial motion filing deadline: | April 11, 2006 |
| Pre-trial motion hearing Deadline: | May 12, 2006 |
| Pretrial conference: | May 30, 2006 at 8:30 a.m. in Department 6 |
| Jury Trial: | July 10, 2006 at 9:00 a.m. in Department 6. |

The parties may appear at any motion hearing and the pre-trial conference by telephone by arranging a one line conference call and telephoning the Court at 559-498-7322. For the pre-trial conference, the parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 16-281.

IT IS SO ORDERED.

**Dated:   April 25, 2005**          /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE

1